IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMBER YBARRA                                                                                         PETITIONER

v.                                          Case No. 4:23-cv-4055

STATE OF ARKANSAS                                                                                    DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed May 22, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Bryant recommends that Petitioner Amber Ybarra's Petition for a Writ of Habeas Corpus (ECF No. 1) be denied without prejudice pursuant to 28 U.S.C. § 2254(b) for failing to exhaust her available State court remedies. Petitioner Ybarra filed a timely objection. ECF No. 7. However, Petitioner's objections fail to address the basis of Judge Bryant's recommendation regarding exhaustion of State court remedies. Instead, Petitioner proffers a list of grievances related to her current confinement in State custody and simply asserts that using any State process would be a waste of time. The Court does not view these objections as sufficiently specific to trigger a *de novo* review and the Court may review Judge Bryant's recommendation for clear error. *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (specific objections shift a court's review from one which scrutinizes for plain error to one in which the issues are reviewed *de novo*)

Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court hereby adopts the Report and Recommendation (ECF No. 6) *in toto*. Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) is hereby **DENIED WITHOUT PREDJUDICE**.

**IT IS SO ORDERED**, this 17th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge